# Kevin L. Dees

| | |
|---|---|
| **From:** | Kevin L. Dees |
| **Sent:** | Wednesday, August 09, 2017 5:57 PM |
| **To:** | KehoeG@gtlaw.com; 'kempd@gtlaw.com' |
| **Cc:** | srlilly@lilly-law.com; lorebaugh@dlphlaw.com; Harry Teichman; Trial Lawyers |
| **Subject:** | Tek Source USA, Inc. / National Sourcing Inc. - Records |

**EXHIBIT B**

Counsel:

Consistent with the Court's directive, we wish to obtain all banking, financial, and accounting records relative to National Sourcing, Inc., as well as all contract documents, in the possession of Tek Source USA, Inc., this week. Please advise as to when they will be available for download or pickup.

In view of Greenberg Traurig's representation of National Sourcing Inc., and its shareholders, in all transactions described during testimony last Friday, we would also like to retrieve the entirety of the files kept by your office regarding those matters. My understanding is that those files are the property of National Sourcing, Inc. Again, we would like to do so this week, and ask that you please advise when such records will be available for download or pickup.

Thank You,

*Kevin L. Dees*

**Older, Lundy & Alvarez, Attorneys at Law**
1000 West Cass Street
Tampa, Florida 33606
Phone: (813) 254-8998
Fax: (813) 839-4411
Email: kdees@olalaw.com
Website:www.olalaw.com



NOTICE: The information transmitted in this email is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient(s) is prohibited and shall not constitute a waiver of any associated privilege or confidence. If you have received this email in error, please notify the sender immediately by telephone (813-254-8998) or by electronic mail (kdees@olalaw.com) and delete the email and any attachments, copies and backups. If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents. Thank you.