# Kevin L. Dees

**EXHIBIT C**

| | |
|---|---|
| **From:** | Kevin L. Dees |
| **Sent:** | Thursday, August 17, 2017 12:37 PM |
| **To:** | kempd@gtlaw.com; KehoeG@gtlaw.com; 'wirthlinj@gtlaw.com' |
| **Cc:** | srlilly@lilly-law.com; 'Lauren Orebaugh'; Harry Teichman; Trial Lawyers; Brent C.J. Britton |
| **Subject:** | National Sourcing, et. al. v. Bracciale, et al. - Complaint |
| **Attachments:** | Complaint.pdf; All Exhibits to Complaint Combined.pdf |

Counsel:

Attached is a copy of a complaint filed yesterday.  Please advise as to whether you will accept service on behalf of any of the named defendants.

Separately, we have not received a response as to obtaining a copy of NSI's files kept by Greenberg Traurig, whatever the contents may be.  Please advise on this point.

Thank You,

*Kevin L. Dees*

**Older, Lundy & Alvarez, Attorneys at Law**
1000 West Cass Street
Tampa, Florida 33606
Phone: (813) 254-8998
Fax: (813) 839-4411
Email: kdees@olalaw.com
Website:www.olalaw.com



NOTICE:  The information transmitted in this email is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient(s) is prohibited and shall not constitute a waiver of any associated privilege or confidence.  If you have received this email in error, please notify the sender immediately by telephone (813-254-8998) or by electronic mail (kdees@olalaw.com) and delete the email and any attachments, copies and backups.  If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents. Thank you.