简体中文    *English*    Français    Русский    Español    العربية    Portuguese

# ICANN WHOIS

EXHIBIT D

www.nationalsourcing.com    Lookup

## Showing results for: NATIONALSOURCING.COM

Original Query: www.nationalsourcing.com

# Contact Information

## Registrant Contact
Name: Angelus Tam
Organization:
Mailing Address: 8402 Laurel Fair Cir, Tampa Florida 33610 US
Phone: +1.8136218065
Ext:
Fax:
Fax Ext:
Email:atam@nationalsourcing.com

## Admin Contact
Name: Angelus Tam
Organization:
Mailing Address: 8402 Laurel Fair Cir, Tampa Florida 33610 US
Phone: +1.8136218065
Ext:
Fax:
Fax Ext:
Email:atam@nationalsourcing.com

## Tech Contact
Name: Angelus Tam
Organization:
Mailing Address: 8402 Laurel Fair Cir, Tampa Florida 33610 US
Phone: +1.8136218065

Ext:
Fax:
Fax Ext:
Email:atam@nationalsourcing.com

## Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Email:abuse@godaddy.com
Abuse Contact Phone: +1.4806242505

## Status

Domain Status:clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status:clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status:clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status:clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited

## Important Dates

Updated Date: 2017-01-30
Created Date: 2005-05-27
Registrar Expiration Date: 2018-01-30

## Name Servers

NS1.WIX.COM
NS2.WIX.COM

## Raw WHOIS Record

```
Domain Name: NATIONALSOURCING.COM
Registry Domain ID: 162328602_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2017-01-30T14:20:20Z
Creation Date: 2005-05-27T18:59:33Z
Registrar Registration Expiration Date: 2018-01-30T04:59:59Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Angelus Tam
Registrant Organization:
Registrant Street: 8402 Laurel Fair Cir
Registrant Street: Suite 207
Registrant City: Tampa
Registrant State/Province: Florida
Registrant Postal Code: 33610
Registrant Country: US
Registrant Phone: +1.8136218065
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: atam@nationalsourcing.com
Registry Admin ID: Not Available From Registry
Admin Name: Angelus Tam
Admin Organization:
Admin Street: 8402 Laurel Fair Cir
Admin Street: Suite 207
Admin City: Tampa
Admin State/Province: Florida
Admin Postal Code: 33610
Admin Country: US
Admin Phone: +1.8136218065
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: atam@nationalsourcing.com
Registry Tech ID: Not Available From Registry
Tech Name: Angelus Tam
Tech Organization:
Tech Street: 8402 Laurel Fair Cir
```

```
Tech Street: Suite 207
Tech City: Tampa
Tech State/Province: Florida
Tech Postal Code: 33610
Tech Country: US
Tech Phone: +1.8136218065
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: atam@nationalsourcing.com
Name Server: NS1.WIX.COM
Name Server: NS2.WIX.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2017-10-14T22:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden
without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In
particular,
you agree not to use this data to allow, enable, or otherwise make
possible,
dissemination or collection of this data, in part or in its entirety,
for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic
electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

## Submit a Complaint for WHOIS
[WHOIS Inaccuracy Complaint Form](#)
[WHOIS Service Complaint Form](#)

[WHOIS Compliance FAQs](#)

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.* These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time. By submitting a query, you agree to abide by these terms.

* There is one exception: ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2017 Internet Corporation for Assigned Names and Numbers     [Privacy Policy](#)