National Sourcing, Inc
3415 East Frontage Road
Suite B
Tampa, FL, 33607

**Vendor History Report**

EXHIBIT F

Vendor Name: Greenberg, Traurig, PA   Vendor ID  Gtrau

| Voucher # | Vendor Inv No | Po No | Inv Date | Inv Amt | Dis Amt | Payment ID | Paid Amt | Check Amt | Check No | Chk Date | Unpaid Bal | Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | 3126611 | | 6/7/2012 | 8,376.50 | | 213 | 8,376.50 | 8,376.50 | 2549 | 6/7/2012 | 0.00 | 6/7/2012 |
| 115 | 20120703 | | 7/17/2012 | 14,000.00 | | 268 | 14,000.00 | 14,000.00 | 2601 | 7/17/2012 | 0.00 | 7/17/2012 |
| 277 | 3250218 | | 9/7/2012 | 310.00 | | 393 | 310.00 | 310.00 | 5017 | 9/21/2012 | 0.00 | 9/21/2012 |
| 311 | 3267489 | | 9/30/2012 | 2,461.00 | | 433 | 2,461.00 | 2,461.00 | 5055 | 10/19/2012 | 0.00 | 9/30/2012 |
| 356 | 3284813 | | 11/2/2012 | 310.40 | | 494 | 310.40 | 310.40 | 5113 | 11/19/2012 | 0.00 | 11/16/2012 |
| 386 | 0935848.010300 | | 11/30/2012 | 269.50 | | 535 | 269.50 | 269.50 | 5151 | 12/13/2012 | 0.00 | 12/7/2012 |
| 138 | 3402035 | | 4/30/2013 | 5,082.00 | | 196 | 5,082.00 | 5,082.00 | 5387 | 5/9/2013 | 0.00 | 5/30/2013 |
| 494 | 3769824 | | 11/4/2014 | 528.00 | | 595 | 528.00 | 528.00 | 10711 | 11/12/2014 | 0.00 | 11/12/2014 |
| | | | | 31,337.40 | | | 31,337.40 | | | | 0.00 | |