UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIONAL SOURCING, INC.
and PEDRO L. VALDEZ,

    Plaintiffs,

v.                                           Case No. 8:17-cv-01950-CEH-JSS

STEPHEN R. BRACCIALE, ANGELUS
TAM, TEK SOURCE USA, INC., and
SAINT ANTON CAPITAL, LLC,

    Defendants.
_____/

## GREENBERG TRAURIG'S UNOPPOSED MOTION TO WITHDRAW

Greenberg Traurig, P.A. and its attorneys of record in this matter, Gregory W. Kehoe, Danielle S. Kemp and John A. Wirthlin (collectively, "Greenberg Traurig"), through undersigned counsel and pursuant to Local Rule 2.03(b), respectfully move to withdraw as counsel for Defendants Stephen Bracciale, Angelus Tam, Tek Source, USA, Inc. and Saint Anton Capital, LLC.

On January 22, 2018, Greenberg Traurig provided notice to all parties and opposing counsel of its intent to withdraw in the Motion to Extend Response Date to Second Amended Complaint and to Extend Certain Deadlines in Case Management Order. Dkt. 76.  More than 10 days have passed since the motion was filed and Defendants Bracciale, Tam, Tek Source and Saint Anton have retained new counsel, each of whom has filed an appearance in this matter.

## Rule 3.01(g) Certification

Counsel for Greenberg Traurig certifies that he has conferred with counsel for Plaintiffs and new counsel for Defendants Bracciale, Tam, Tek Source and Saint Anton and represents that the relief requested in this motion is unopposed.

WHEREFORE, Greenberg Traurig respectfully requests that the Court enter an Order granting this motion to withdraw as counsel and relieving Gregory W. Kehoe, Danielle S. Kemp, John A. Wirthlin and the law firm of Greenberg Traurig, P.A. from all further responsibility with respect to this action.

Respectfully submitted,

s/ *Dennis P. Waggoner*
Dennis P. Waggoner – Trial Counsel
dennis.waggoner@hwhlaw.com
julie.mcdaniel@hwhlaw.com
Florida Bar No. 509426
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Tel: (813) 221-3900
Fax: (813) 221-2900

*Attorneys for Greenberg Traurig, P.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Dennis P. Waggoner*
Attorney

10920634v1